■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASCUAL POLANCO, Appellant. [864 NYS2d 566]—

Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered April 10, 2006, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his conviction is not preserved for appellate review (*see People v Finger*, 95 NY2d 894, 895 [2000]; *People v Cona*, 49 NY2d 26, 33 n 2 [1979]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. The defendant's own testimony and the testi-

mony of the complainant both indicated that the defendant held a knife to the victim's throat after the victim denied that he was harboring the defendant's missing wife (*see People v Nealy,* 32 AD3d 400, 401 [2006]; *People v Johnson,* 23 AD3d 686 [2005]; *accord People v Williams,* 235 AD2d 267 [1997]). Moreover, upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]; *People v Nealy,* 32 AD3d at 401; *People v Johnson,* 23 AD3d 686 [2005]; *cf. People v Bell,* 158 AD2d 697, 698 [1990]).

Contrary to the defendant's contention, the trial court did not err in declining to instruct the jury on the defense of justification (*see People v Pons,* 68 NY2d 264 [1986]; *People v Cruz,* 13 AD3d 390 [2004]; *People v Tomback,* 244 AD2d 586 [1997]; *People v Olivera,* 157 AD2d 676, 677 [1990]). Lifson, J.P., Florio, Eng and Belen, JJ., concur.